IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Seiler, Robert W | Case Number: 07 B 09018 |
|---|---|---|
| | Seiler, Anita Marie | Judge: Squires, John H |
| | Printed: 7/22/08 | Filed: 5/17/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Ch 7 Conversion: May 6, 2008
Confirmed:  July 18, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 9,193.68 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 5,486.14 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,121.00 |
| Trustee Fee: |  | 491.31 |
| Other Funds: |  | 95.23 |
| Totals: | 9,193.68 | 9,193.68 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 3,121.00 | 3,121.00 |
| 2. | Chase Bank | Unsecured | 603.59 | 54.16 |
| 3. | Ge Capital Consumer Card Aka GE Money Bk | Unsecured | 1,175.79 | 105.50 |
| 4. | Capital One | Unsecured | 1,840.09 | 182.22 |
| 5. | Capital One | Unsecured | 280.95 | 25.21 |
| 6. | Capital One | Unsecured | 865.81 | 77.68 |
| 7. | Chase Bank USA NA | Unsecured | 806.62 | 72.37 |
| 8. | ECast Settlement Corp | Unsecured | 2,537.76 | 251.31 |
| 9. | Target National Bank | Unsecured | 1,090.82 | 97.87 |
| 10. | ECast Settlement Corp | Unsecured | 176.27 | 15.82 |
| 11. | ECast Settlement Corp | Unsecured | 1,032.23 | 92.62 |
| 12. | Ronald Seiler | Unsecured | 6,480.00 | 641.69 |
| 13. | ECast Settlement Corp | Unsecured | 10,070.84 | 997.29 |
| 14. | Providian | Unsecured | 5,322.60 | 527.09 |
| 15. | ECast Settlement Corp | Unsecured | 1,114.69 | 100.01 |
| 16. | Resurgent Capital Services | Unsecured | 5,268.54 | 521.73 |
| 17. | ECast Settlement Corp | Unsecured | 3,056.01 | 302.63 |
| 18. | Aspire Visa | Unsecured | 1,725.24 | 170.85 |
| 19. | ECast Settlement Corp | Unsecured | 10,323.80 | 1,022.34 |
| 20. | Resurgent Capital Services | Unsecured | 1,363.70 | 122.36 |
| 21. | Aspire Visa | Unsecured | 1,174.57 | 105.39 |
| 22. | Check N Go | Unsecured |  | No Claim Filed |
| 23. | CompuCredit | Unsecured |  | No Claim Filed |
| 24. | Robert J Varik | Unsecured |  | No Claim Filed |
| 25. | Household Retail Services | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Seiler, Robert W  
        Seiler, Anita Marie  
        Printed: 7/22/08

Case Number: 07 B 09018  
Judge: Squires, John H  
Filed: 5/17/07

| | | | |
|---|---|---|---|
| 26. Household | Unsecured | | No Claim Filed |
| 27. Advocate Lutheran General Health Partner | Unsecured | | No Claim Filed |
| | | $ 59,430.92 | $ 8,607.14 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 491.31 |
| | $ 491.31 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

    Marilyn O. Marshall, Trustee, by:

    _[signature]_